UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
ROCHESTER DIVISION

| | |
|---|---|
| PACIFIC SHORES PRODUCE, LLC, | ) CASE NO. |
| | ) |
| Plaintiff, | ) JUDGE |
| | ) |
| v. | ) |
| | ) |
| ROCHESTER FOOD PROVISIONS, etc., et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER GRANTING VERIFIED APPLICATION TO APPEAR AND PRACTICE PRO HAC VICE OF DEVIN J. ODDO AND WAIVING LOCAL COUNSEL REQUIREMENT

Mr. Oddo, an attorney admitted to practice before and in good standing with the Supreme Court of Ohio, has requested this Court to appear *pro hac vice* in the present matter, and to waive the local counsel requirement of Local Rule 83.2. The Court, having been duly advised, hereby

**ORDERS** that Mr. Oddo be permitted to represent Plaintiff in the present matter, and

**FURTHER ORDERS** that the requirement of local counsel as prescribed by Local Rule 83.2 be waived.

SEPTEMBER 1, 2005
DATE

S/MICHAEL A. TELESCA
UNITED STATES DISTRICT JUDGE