```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
```
_____

PACIFIC SHORES PRODUCE, LLC,

      Plaintiff,                      05-CV-6448T

v.                                       ORDER

ROCHESTER FOOD PROVISIONS d/b/a
ROCHESTER PRODUCE PLUS, and
ALPHONSE CAMP

      Defendants.
_____

    By motion dated December 13, 2005, Plaintiff seeks Default Judgment against Defendants. The Court finds that during a September 9, 2005 hearing the parties entered into a Settlement Agreement, and that Defendants have defaulted on that Agreement by failing to make two of five scheduled payments. The total amount of the default is $4,950.00.

    WHEREFORE, the Court finds that defendant has defaulted by failing to make the required payments as provided in the settlement agreement and therefore plaintiff's motion for default judgment is granted. The Clerk is directed to enter judgment in favor of Plaintiff in the amount of $4,950.00, with post-judgment interest accruing as of the date set forth below.

ALL OF THE ABOVE IS SO ORDERED.

                                    S/  Michael A. Telesca
                                  _____
                                    MICHAEL A. TELESCA
                             United States District Judge

DATED:    Rochester, New York
            January 4, 2006